**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHELE OROZCO,                                    No. C-14-04269 DMR

12          Plaintiff(s),                              **ORDER RE: PLAINTIFF'S NOTICE
                                                       [DOCKET NO. 8]**

13          v.

14  CITY OF OAKLAND,

15          Defendant(s).
                                                 /
16

17          Plaintiff has filed a "Notice of Related Cases" [Docket No. 8] moving the court to consider

18  whether the instant case is related to one or both of two earlier filed cases, *Net Connection, Inc. v.*

19  *City of Oakland*, N.D. Cal. Case No. 13-cv-1212-SC and/or *IBIZ, LLC v. City of Oakland*, N.D. Cal.

20  Case No. 13-cv-1537-SC.

21          Under Civil L.R. 3-12(b), an administrative motion to consider whether cases should be

22  related must be filed in the earliest-filed case.  Plaintiff's motion to this court is therefore

23  inappropriate and is **denied.**

24

25          IT IS SO ORDERED.

26  Dated:  October 30, 2014

27                                                 _____

28                                                 DONNA M. RYU
                                                   United States Magistrate Judge